UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

    Petitioner,

 v.

RONALD HAYNES,

    Respondent.

CASE NO. 2:25-cv-01278-RSM-GJL

REPORT AND RECOMMENDATION

Noting Date: **July 28, 2025**

  Petitioner John Robert Demos is a Washington prisoner who is well-known locally and nationally as an abusive litigant. Mr. Demos has submitted to the Court for filing a Proposed Motion to Proceed *In Forma Pauperis* ("IFP") (Dkt. 1), a Proposed Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Dkt. 1-1), and other materials (Dkts. 1-2, 1-3). However, an Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

  As noted, Mr. Demos seeks to proceed IFP in lieu of paying the requisite filing fee. Because Mr. Demos has submitted no filing fee, the Court recommends that, pursuant to the

REPORT AND RECOMMENDATION - 1

Court's Order of March 13, 1997, the Clerk of Court be **DIRECTED** to administratively **CLOSE** this matter.

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **July 28, 2025**, as noted in the caption.

Dated this 11th day of July, 2025.

Grady J. Leupold
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2